1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  FRESNO DIVISION

11

12  SAMMY ZAMARO,                           1:09-cv-00580-GSA (PC)

13          Plaintiff,                      ORDER GRANTING APPLICATION TO
                                            PROCEED IN FORMA PAUPERIS
14  v.                                      (#3)
                                                            and
15  G. MOONGA, et al.,                      ORDER DIRECTING PAYMENT
                                            OF INMATE FILING FEE BY
16          Defendants.                     CALIFORNIA DEPARTMENT OF
                                            CORRECTIONS
17  _____/

18          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

19  to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

20  by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

21  obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

22  is obligated to make monthly payments in the amount of twenty percent of the preceding month's

23  income credited to plaintiff's trust account.  The California Department of Corrections is required to

24  send to the Clerk of the Court payments from plaintiff's account each time the amount in the account

25  exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26          In accordance with the above and good cause appearing therefore, IT IS HEREBY

27  ORDERED that:

28              1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

-1-

**2. The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.


IT IS SO ORDERED.

Dated: __April 2, 2009__          _____/s/ **Gary S. Austin**_____
                                  UNITED STATES MAGISTRATE JUDGE