IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO, | 1:09-cv-00580-SKO (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE |
| vs. | |
| G. MOONGA, et al., | (Motion #34) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 2, 2010, plaintiff filed a motion to extend the discovery cut-off date. The only discovery issue identified by Plaintiff is his attempt to file a motion to compel before the discovery deadline. Accordingly, the Court will extend the discovery deadline solely for the purpose of allowing Plaintiff to file his motion to compel. The parties are not permitted to conduct any other discovery during the thirty day extension of time.

Accordingly, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order with which to file his motion to compel.

IT IS SO ORDERED.

Dated:   August 5, 2010                      /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE