IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO, | 1:09-cv-00580-SKO (PC) |
| Plaintiff, | ORDER PARTIALLY GRANTING MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION |
| vs. | |
| G. MOONGA, et al., | (Motion#36) |
| Defendants. | Amended dispositive motion deadline: October 13, 2010 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 10, 2010, plaintiff filed a motion to extend time to file a dispositive motion. Plaintiff requested a 100-day extension of time. However, the Court will only extend the deadline 30-days past the current September 13, 2010 deadline. The amended deadline for filing dispositive motions will be October 13, 2010. The Court will not extend the deadline any further unless extraordinary circumstances justify a further extension of time.

Accordingly, IT IS HEREBY ORDERED that the deadline for filing dispositive motions shall be October 13, 2010.

IT IS SO ORDERED.

Dated:   August 12, 2010              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE