# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO, | CASE NO. 1:09-cv-00580-SKO PC |
| Plaintiff, | ORDER DENYING MOTIONS FOR RECONSIDERATION |
| v. | (Docs. 30, 31) |
| G. MOONGA, et al., | |
| Defendants. | |

Plaintiff Sammy Zamaro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 18, 2010, Plaintiff filed a motion requesting reconsideration of the Court's order denying Plaintiff's motion for appointment of counsel. (Doc. #30.) On June 21, 2010, Plaintiff filed a second motion requesting reconsideration that is largely identical to the June 18, 2010 motion. (Doc. #31.)

Plaintiff's motions for reconsideration fail to set forth any grounds justifying reconsideration of the order denying Plaintiff's request for appointment of counsel. See Local Rule 230(j). Accordingly, it is HEREBY ORDERED that Plaintiff's motions for reconsideration are DENIED.

IT IS SO ORDERED.

**Dated:   October 25, 2010**          /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

1