1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9  SAMMY ZAMARO,                          CASE NO. 1:09-cv-00580-SKO PC

10                     Plaintiff,          ORDER REFERRING PARTIES TO
                                           SETTLEMENT CONFERENCE
11        v.

12  G. MOONGA, et al.,

13                     Defendants.
     _____/

14

15        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983.  This

16  case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at

17  Pelican Bay State Prison, on January 14, 2011, at 11:00 a.m.

18        In accordance with the above,  IT IS HEREBY ORDERED that:

19        1.    This case is set for a settlement conference on January 14, 2011, at 11:00 a.m. at

20              Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, California 95531;

21        2.    Parties shall appear at the settlement conference with full authority to negotiate and

22              settle the case on any terms;

23        3.    The parties are directed to provide confidential settlement conference statements to

24              the Honorable Nandor J. Vadas, U.S. District Court-Northern District of California,

25              514 H Street, Eureka, CA 95502 or via email at NJVpo@cand.uscourts.gov, so that

26              they arrive no later than December 31, 2010; and

27  ///

28  ///

1

1    4.    The Clerk of the Court is directed to serve a courtesy copy of this order on the

2          Litigation Office at Pelican Bay State Prison, via facsimile at (707) 465-9099.

3

4    IT IS SO ORDERED.

5    **Dated:    December 21, 2010                          /s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28