# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO, | CASE NO. 1:09-cv-00580-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANT MARTINEZ TO FILE RESPONSIVE PLEADING |
| v. | (ECF NO. 62) |
| G. MOONGA, et al., | THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff Sammy Zamaro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 23, 2011, Defendant Martinez was served with a summons and copy of the complaint.  As of this date, Defendant Martinez has not filed an answer or other responsive pleading.  Accordingly, it is HEREBY ORDERED that Defendant Martinez shall file an answer to the complaint or other responsive pleading within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:**   **October 24, 2011**          _____/s/ **Barbara A. McAuliffe**_____
                                                    UNITED STATES MAGISTRATE JUDGE

1