# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO, | CASE NO. 1:09-cv-00580-BAM PC |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO FILE MOTION |
| G. MOONGA, et al., | THIRTY-DAY DEADLINE |
| Defendants. / | |

Plaintiff Sammy Zamaro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2011, Defendant Martinez was served with the summons and complaint. (ECF No. 62.) An order issued on October 25, 2011, directing Defendant Martinez to file an answer within thirty days. (ECF No. 66.) More than thirty days have passed and no answer or other responsive pleading has been filed.

Accordingly, it is HEREBY ORDERED that Plaintiff shall, within thirty days from the date of service of this order, file a motion to dismiss Defendant Martinez from this action or a motion for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

IT IS SO ORDERED.

Dated: December 2, 2011        /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE