# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO,<br><br>             Plaintiff,<br><br>     v.<br><br>G. MOONGA, et al.,<br><br>             Defendants.<br>                                                              / | CASE NO. 1:09-cv-00580-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND ORDERING DEFENDANT MARTINEZ TO SERVE A COPY OF THE NOTICE AND ANSWER TO THE COMPLAINT<br><br>(ECF No. 75)<br><br>TEN DAY DEADLINE |

Plaintiff Sammy Zamaro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed February 19, 2009, against Defendants Moonga, Akanno, and Martinez for deliberate indifference to serious medical needs in violation of the Eighth Amendment.[1] Following Plaintiff's motion for entry of default against Defendant Martinez, Defendant Martinez filed a notice regarding service on January 12, 2012, and an answer to the complaint on January 31, 2012. (ECF Nos. 71, 73.) Plaintiff filed a motion on February 23, 2012, stating that he did not receive a copy of either the notice or answer filed by Defendant Martinez.[2] (ECF No. 75.)

///

///

---

[1] On December 2, 2011, Defendant Bedi was dismissed from this action for Plaintiff's failure to effect service of process. (ECF No. 69.)

[2] Plaintiff requests an address for Defendant Martinez or his attorney. When Plaintiff receives the answer he will have the address and contact information for Defendant Martinez' attorney.

1

1  Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed February 23, 2012, is
2  GRANTED and, within ten days from the day of service of this order, Defendant Martinez shall
3  serve a copy of the notice, filed January 6, 2012, and answer filed January 31, 2012, on Plaintiff.
4  IT IS SO ORDERED.

5  Dated:   **February 28, 2012**               **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE