|   |   |
|---|---|
| SAMMY ZAMARO, | ) Case No.: 1:09-cv-00580-BAM PC |
| Plaintiff, | ) ORDER DIRECTING DEFENDANT MARTINEZ TO CONSENT OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |
| v. | |
| G. MOONGA, et al., | |
| Defendants. | ) RESPONSE DUE IN 10 DAYS |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Sammy Zamaro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently proceeding on Plaintiff's complaint, filed February 12, 2009, against Defendants Moonga, Akanno and Martinez for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.

This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and the purported consent of all defendants submitted by defense counsel, Michael A. Terhorst. (ECF Nos. 8, 22.) However, the record reflects that Defendant Martinez is not represented by Mr. Terhorst and that Defendant Martinez has not filed a valid consent or decline form despite appearing in this action. (ECF Nos. 49, 50, 73, 81.) Therefore, Defendant Martinez shall notify the Court within ten (10) days from the date of service of this order whether he consents to or declines United States Magistrate Judge jurisdiction.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send to Defendant Martinez a copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

2. Within 10 days from the date of service of this order, Defendant Martinez shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated: **August 21, 2013**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE