UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO,<br><br>                Plaintiff,<br><br>        v.<br><br>G. MOONGA, et al.,<br><br>                Defendants. | Case No.: 1:09-cv-00580-BAM PC<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Sammy Zamaro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently proceeding on Plaintiff's complaint, filed February 12, 2009, against Defendants Moonga and Akanno for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. A telephonic trial confirmation hearing is set for January 29, 2014, and a jury trial is set for March 3, 2014.

The Court is able to refer cases for mediation before a United States Magistrate Judge. A settlement conference will only be set if the parties are willing to make a meaningful attempt to resolve this action and are willing to compromise. Settlement conferences may be held by video conference or in person at the court. Plaintiff and Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

If the parties wish to have a settlement conference scheduled, Defendants' counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

Accordingly, within twenty-one (21) days from the date of service of this order, Plaintiff and Defendants shall file a written response to this order.  If a settlement conference is set by the Court, then the Court will issue a separate order indicating each of the parties' responsibilities regarding the settlement conference.

IT IS SO ORDERED.

Dated:   **November 7, 2013**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE