# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SAMMY ZAMARO,                                Case No.: 1:09-cv-00580-BAM PC

        Plaintiff,

   v.

G. MOONGA, et al.,

        Defendants.                    **ORDER & WRIT OF HABEAS CORPUS**
                                           **AD TESTIFICANDUM**

_____/

Sammy Zamaro, CDCR # P-31914, a necessary and material witness in a settlement conference in this case on February 13, 2014, is confined in Pelican Bay State Prison (PBSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #9, 501 I Street, Sacramento, California 95814, on Thursday, February 13, 2014 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.


### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, PBSP, P.O. Box 7000, Crescent City, California 95531:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:   **December 2, 2013**          _/s/ Barbara A. McAuliffe_____

                                           UNITED STATES MAGISTRATE JUDGE