UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO,<br><br>           Plaintiff,<br><br>      v.<br><br>G. MOONGA, et al.,<br><br>           Defendants. | Case No.: 1:09-cv-00580-BAM PC<br><br>ORDER CONTINUING MOTIONS IN LIMINE; SETTING TIME FRAME FOR DEFENDANT TO NOTIFY COURT |

  Plaintiff Sammy Zamaro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint, filed February 12, 2009, against Defendants Moonga and Akanno for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.  Trial is set for March 3, 2014.

  Due to transportation issues related to movement of plaintiff Sammy Zamaro, the hearing on the motions in limine is CONTINUED to the date of trial, March 3, 2014 at 8:30 a.m. in Department 8.

  Defendants are DIRECTED to determine whether plaintiff's litigation materials for trial have been transported with plaintiff to the facility where he will be housed during the pendency of this case. Defendants are DIRECTED to make every reasonable effort to ensure the litigation materials have been transported and that the materials will be transported with plaintiff to Court for trial.  Defendants

shall notify the Court, by email to the Courtroom Deputy, as to the status of plaintiff's litigation materials no later than 10:00 a.m., Friday February 28, 2014.

     Defendants shall serve a copy of this notice on the litigation coordinator at the facility where plaintiff will be housed during the pendency of this case.

IT IS SO ORDERED.

    Dated:   **February 25, 2014**          /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE