

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. MOONGA, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00580-BAM PC<br><br>NOTICE AND ORDER THAT WITNESS **EVERADO ORTIZ, CDC# H-91993, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED**<br>(ECF No. 119) |

　　　Jury trial in this matter commenced on March 3, 2014. Witness Everado Ortiz, CDC# H-91993, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 3/3/14

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1