FILED
MAR 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO,<br><br>    Plaintiff,<br><br>v.<br><br>G. MOONGA, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-00580-BAM PC<br><br>NOTICE AND ORDER THAT WITNESS **SALVADOR MARTINEZ, CDC# H-18859,** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 120) |

Jury trial in this matter commenced on March 3, 2014. Witness Salvador Martinez, CDC# H-18859, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 3/3/14

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1