

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO, | ) Case No.: 1:09-cv-00580-BAM PC |
| Plaintiff, | ) ORDER REQUIRING PRODUCTION OF |
| v. | ) PLAINTIFF FOR TRIAL ON MARCH 4, 2014, AT 8:00 A.M. |
| G. MOONGA, et al., | ) |
| Defendants. | ) |

Plaintiff Sammy Zamaro, CDC# P-31914, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, March 4, 2014, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 3/14/14

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1