*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

SAMMY ZAMARO,
        Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1: 09-CV-00580-BAM-PC

G. MOONGA and
JONATHAN AKANNO,
        Defendants.
_____/

  __X__    JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  __X__    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of Defendants G. Moonga and Jonathan Akanno and against Plaintiff Sammy Zamaro.

DATED: __March 5, 2014__

                          MARIANNE MATHERLY, Clerk

                          By: ___/s/ H.A. Herman_____
                                Deputy Clerk

judgment.civ.wpd
5/6/2013