UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY ZAMARO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. MOONGA, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00580-BAM PC<br><br>ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO POSTPONE THE MARCH 3, 2014 TRIAL AS MOOT<br><br>(ECF No. 142) |

　　　　Plaintiff Sammy Zamaro ("Plaintiff"), a state prisoner, proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action concerned Plaintiff's complaint, filed February 12, 2009, against Defendants Moonga and Akanno for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.  Trial began on March 3, 2014, and concluded with a verdict in favor of Defendants Moonga and Akanno on March 4, 2014. (ECF No. 141.)  Thereafter, judgment was entered in favor of Defendants Moonga and Akanno on March 5, 2014. (ECF No.

　　　　After conclusion of the trial, the Court received a document entitled "Plaintiff's Emergency Motion to Postpone the March 3, 2014 trial and Declaration in Support" on March 5, 2014.  (ECF No. 142.)  As the trial proceeded as scheduled and is now completed, Plaintiff's request for postponement is moot.

1

Accordingly, Plaintiff's request for postponement of the March 3, 2014 trial is DENIED.

IT IS SO ORDERED.

Dated: **March 6, 2014**              /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE